IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MITCHELL PURDOM                                                PLAINTIFF

    V.                    Civil No. 16-3072

ROGER MORGAN, in his official
capacity as City Attorney for
Mountain Home; and DON LEWIS and
JUDY LEWIS, Individually and in their
capacity as trustees of the Lewis
Family Trust                                                   DEFENDANTS

**O R D E R**

On September 29, 2016, the Plaintiff, Mitchell Purdom, and Defendants Don and Judy Lewis participated in a settlement conference conducted by the undersigned and these parties entered into a settlement agreement. Pursuant to the terms of the settlement, the parties consented to entry of the following order by the undersigned:

> It is hereby ORDERED that Plaintiff's claims against the Lewis Defendants are hereby, **DISMISSED WITH PREJUDICE**, subject to the terms of the settlement agreement, pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties consent to the undersigned retaining jurisdiction to vacate this order, reopening this matter upon cause shown that settlement has not been completed, and adjudicating any motion to enforce the settlement agreement specifically.

IT IS SO ORDERED this 29th day of September, 2016.

                                             /s/ *Erin L. Setser*
                                             HON. ERIN L. SETSER
                                             UNITED STATES MAGISTRATE JUDGE