IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MITCHELL PURDOM     PLAINTIFF

V.     CASE NO. 3:16-CV-3072

ROGER MORGAN in his official capacity
as City Attorney for Mountain Home; and
DON LEWIS and JUDY LEWIS, individually
and in their capacity as trustees of the
Lewis Family Trust     DEFENDANTS

and

LESLIE RUTLEDGE, Arkansas Attorney General     AMICUS CURIAE

## JUDGMENT

Plaintiff Mitchell Purdom's claims against Defendants Don Lewis and Judy Lewis have all been previously dismissed with prejudice, subject to the terms of their settlement agreement. *See* Doc. 38. Mr. Purdom's claims against Defendant Roger Morgan are **DISMISSED WITHOUT PREJUDICE**. There are now no remaining claims by any party.

IT IS SO ORDERED on this 11th day of December, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE